United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shamsudeen M. Said  
Minhaj T. Said  
    Debtors

Case No. 18-11086-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 01, 2019  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.  
14098538    +Federal National Mortgage Association,   c/o Seterus Inc.,   PO Box 1047,  
    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:  
    ALEXANDRA T. GARCIA   on behalf of Creditor   CITIZENS BANK NA f/k/a RBS CITIZENS NA  
    ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ   on behalf of Creditor   CITIZENS BANK NA f/k/a RBS CITIZENS NA  
    ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)  
    ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    FRANCIS THOMAS TARLECKI   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
    MICHAEL A. CATALDO2   on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CATALDO2   on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2   on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2   on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    RAYMOND M. KEMPINSKI   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) raykemp1006@gmail.com, raykemp1006@gmail.com  
    REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11086-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Shamsudeen M. Said
8 Cambridge Drive
Glen Mills PA 19342

Minhaj T. Said
8 Cambridge Drive
Glen Mills PA 19342

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/25/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: Federal National Mortgage Association, c/o Seterus Inc., PO Box 1047, Hartford, CT 06143

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/03/19

Tim McGrath
**CLERK OF THE COURT**