**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Shamsudeen M. Said and Minhaj T. Said | Chapter 13 |
| | Bankruptcy No. 18-11086-mdc |
| Debtor(s) | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee | |
| Movant | |
| vs. | |
| WILLIAM C. MILLER, Esq., Trustee Shamsudeen M. Said and Minhaj T. Said | |
| Respondent(s) | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Nationstar Mortgage LLC d/b/a Mr. Cooper or its Successor or Assignee, has filed a Motion For Relief From the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 8 Cambridge Dr, Glen Mills, Pennsylvania 19342.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>March 25, 2020</u> you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at

        United States Bankruptcy Court
        For the Eastern District of Pennsylvania
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 202
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

        Ann E. Swartz, Esquire
        McCabe, Weisberg & Conway, LLC

        123 S. Broad Street, Suite 1400
        Philadelphia, PA 19109
        Phone: 215-790-1010
        Fax: 215-790-1274

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on <u>April 7, 2020</u>, at <u>10:30 a.m.</u> in <u>Courtroom #2</u>, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202 Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2978 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 11, 2020