**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Shamsudeen M. Said and Minhaj T. Said<br><br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>        Movant<br>    vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Shamsudeen M. Said and Minhaj T. Said<br>        Respondent(s) | Chapter 13<br>Bankruptcy No. 18-11086-mdc |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Ann E. Swartz, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 11, 2020

| | | |
|---|---|---|
| Shamsudeen M. Said<br>8 Cambridge Drive<br>Glen Mills, Pennsylvania 19342<br><br>Minhaj T. Said<br>8 Cambridge Drive<br>Glen Mills, Pennsylvania 19342 | MICHAEL A. CATALDO2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtors<br><br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, Pennsylvania 19106 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, Pennsylvania 19105<br>Trustee |

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID # 87830
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com