# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Shamsudeen M. Said and Minhaj T. Said | Chapter 13 |
| | Bankruptcy No. 18-11086-mdc |
| Debtor(s) | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee | |
| Movant | |
| vs. | |
| WILLIAM C. MILLER, Esq., Trustee Shamsudeen M. Said and Minhaj T. Said | |
| Respondent(s) | |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

May 11, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge