# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Shamsudeen M. Said and Minhaj T. Said<br><br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>　　　　　Movant<br>　　vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Shamsudeen M. Said and Minhaj T. Said<br>　　　　　Respondent(s) | Chapter 13<br>Bankruptcy No. 18-11086-mdc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

June 12, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge