United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shamsudeen M. Said  
Minhaj T. Said  
    Debtors

Case No. 18-11086-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 12, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.  
db/jdb        +Shamsudeen M. Said,    Minhaj T. Said,    8 Cambridge Drive,    Glen Mills, PA 19342-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                                                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:

        ALEXANDRA T. GARCIA    on behalf of Creditor    CITIZENS BANK NA f/k/a RBS CITIZENS NA  
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)  
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ    on behalf of Creditor    CITIZENS BANK NA f/k/a RBS CITIZENS NA  
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        RAYMOND M. KEMPINSKI    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) raykemp1006@gmail.com,    raykemp1006@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                       TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Shamsudeen M. Said and Minhaj T. Said<br><br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Shamsudeen M. Said and Minhaj T. Said<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 18-11086-mdc |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

June 12, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge