# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   In re:<br>Shamsudeen M. Said and Minhaj T. Said<br>            Debtors<br><br>CITIZENS BANK NA f/k/a RBS CITIZENS NA,<br>            Movant<br><br>vs.<br><br>Shamsudeen M. Said and Minhaj T. Said, and<br>            WILLIAM C. MILLER, Esq., Trustee<br>                        Respondents | Chapter 13<br><br>Case No. 18-11086-mdc |

    CITIZENS BANK NA f/k/a RBS CITIZENS NA filed a Motion for Approval of Loan Modification to property at 318 East Price Street, Philadelphia, PA 19144.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 5, 2020** you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

        United States Bankruptcy Court
        For the Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, Pennsylvania 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

        Lauren M. Moyer, Esquire
        McCabe, Weisberg & Conway, LLC
        123 S. Broad Street
        Suite 1400
        Philadelphia, PA 19109

        Phone: (215)790-1010
        Fax: (215)790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before Judge Magdeline D. Coleman on **November 12, 2020 at 11:00 a.m**. in Courtroom 2 United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: October 15, 2020