**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   In re:<br>Shamsudeen M. Said and Minhaj T. Said<br>         Debtors<br><br>CITIZENS BANK NA f/k/a RBS CITIZENS NA,<br>         Movant<br><br>vs.<br><br>Shamsudeen M. Said and Minhaj T. Said, and<br>         WILLIAM C. MILLER, Esq., Trustee<br>                    Respondents | Chapter 13<br><br>Case No.  18-11086-mdc |

## CERTIFICATION OF SERVICE OF MOTION FOR APPROVAL OF LOAN MODIFICATION

I, Lauren M. Moyer, attorney for CITIZENS BANK NA f/k/a RBS CITIZENS NA, hereby certify that I served a true and correct copy of the foregoing Motion for Approval of Loan Modification, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: October 15, 2020

Shamsudeen M. Said
8 Cambridge Drive
Glen Mills, Pennsylvania 19342

Minhaj T. Said
8 Cambridge Drive
Glen Mills, Pennsylvania 19342

MICHAEL A. CATALDO2
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102
Attorney for Debtors

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105
Trustee

/s/ Lauren M. Moyer, Esquire
MARGARET GAIRO, ESQUIRE ID # 34419
ANN E. SWARTZ, ESQUIRE ID #201926

LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for CITIZENS BANK NA f/k/a RBS CITIZENS NA
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com