**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Shamsudeen M. Said and Minhaj T. Said, | : | |
| Debtors. | : | Bankruptcy No.   18-11086-MDC |

# O R D E R

**AND NOW**, this 13th day of November 2020, it is hereby **ORDERED** that if Shamsudeen M. Said and Minhaj T. Said (the "Debtors") and Citizens Bank NA a/k/a RBS Citizens NA ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael A. Cibik, Esquire
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Ann E. Swartz, Esquire
Margaret Gairo, Esquire
Lauren M. Moyer, Esquire
James French, Esquire
John M. Kolesnik, Esquire
McCabe, Weisberg & Conway, P.C.
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-29127