United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shamsudeen M. Said  
Minhaj T. Said  
    Debtors

Case No. 18-11086-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shamsudeen M. Said, Minhaj T. Said, 8 Cambridge Drive, Glen Mills, PA 19342-1545 |
| 14077779 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14061355 | + | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14562226 | + | CITIZENS BANK NA, f/k/a RBS CITIZENS NA, 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 14092437 | + | Citizens Bank N.A. F/K/A RBS Citizens N.A., 10561 Telegraph Rd., Mailstop: VAM352, Glen Allen, VA 23059-4577 |
| 14061365 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113E, Syosset, NY 11791-4401 |
| 14061367 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14061368 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14098538 | + | Federal National Mortgage Association, c/o Seterus Inc., PO Box 1047, Hartford, CT 06143-1047 |
| 14061370 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. STE 225, Hazelwood, MO 63042-2429 |
| 14347203 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14289645 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14469801 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14470359 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14061371 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14061373 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14061378 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor credit Corp, PO Box 8026, Cedar Rapids, IA 52408 |
| 14061377 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14072954 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14061379 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 14061380 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14079499 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:55:07 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14061356 | | Email/Text: MortgageBKSupport@citizensbank.com | May 19 2021 01:49:00 | Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14061361 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 19 2021 01:49:00 | Citizens Bank, Attn:Bankruptcy, 443 Jefferson Blvd MS RJW-135, Warwick, RI 02886 |
| 14059798 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 19 2021 01:49:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14061375 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 19 2021 01:49:00 | RBS Citizens Cc, 1 Citizens Dr, MS: ROP 15B, Riverside, RI 02915 |
| 14061362 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14061363 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14061358 | + | Email/Text: ecf@ccpclaw.com | May 19 2021 01:49:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14061360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:32 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14061364 | + | Email/Text: bankruptcy@firstenergycorp.com | May 19 2021 01:58:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14062219 | | Email/Text: mrdiscen@discover.com | May 19 2021 01:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14061366 | + | Email/Text: mrdiscen@discover.com | May 19 2021 01:49:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14061369 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14061357 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:55:00 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14082543 | + | Email/Text: bankruptcygroup@peco-energy.com | May 19 2021 01:49:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14061374 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:53:16 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 14073831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:53:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14058350 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:51:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14061372 | | Email/Text: bankruptcygroup@peco-energy.com | May 19 2021 01:49:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14061359 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14061376 | ##+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 44 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com ecfmail@mwc-law.com |
| LAUREN MOYER | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA ecfmail@ecf.courtdrive.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Shamsudeen M. Said ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Minhaj T. Said ecf@ccpclaw.com igotnotices@ccpclaw.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) raykemp1006@gmail.com raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Shamsudeen M. Said and Minhaj T. Said

        Debtor(s)                              Bankruptcy No: 18−11086−mdc
                                                                             Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                       900 Market Street
                         Suite 400
                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                    Timothy B. McGrath
                                                      Clerk of Court

Dated: 5/18/21

                                                                                              80 − 79
                                                                          Form 138_new